1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    United States of America,            )    CR 10-0460-PHX-FJM
                                           )
10                 Plaintiff,              )    **ORDER**
                                           )
11   vs.                                   )
                                           )
12                                         )
     Stewart C. Mann,                      )
13                                         )
                   Defendant.              )
14                                         )
     _____ )

15

16

17        Before the court is defendant's motion to "expunge" his conviction (doc. 38) and the

18   government's response (doc. 39).  Defendant did not file a reply and the time for doing so

19   has expired.

20        On April 8, 2010, defendant pled guilty to health care fraud in violation of 18 U.S.C.

21   § 1347.  He lied to patients about the removal of supposedly "malignant" skin lesions, and

22   falsely billed Medicare for the procedures.  He was sentenced to 18 months imprisonment,

23   36 months of supervised release, and restitution of $480,000.  By letter dated September 9,

24   2014, defendant now asks this court to "expunge my Felony in order to help me secure

25   employment." (Doc. 38).  However, because defendant's conviction is valid, this court has

26   no equitable power to grant the relief requested.  United States v. Crowell, 374 F.3d 790, 793

27   (9th Cir. 2004) ("Congress has not expressly granted to the federal courts a general power

28   to expunge criminal records"); United States v. Sumner, 226 F.3d 1005, 1115 (9th Cir. 2000)

1  (holding that "a district court does not have ancillary jurisdiction in a criminal case to

2  expunge an arrest or conviction record where the sole basis alleged by the defendant is that

3  he or she seeks equitable relief"). Therefore, we lack authority to grant the relief requested.

4          **IT IS ORDERED DENYING** defendant's motion to expunge his conviction (doc.

5  38).

6          DATED this 15th day of October, 2014.

7

8

        _Frederick J. Martone_

9          Frederick J. Martone
        Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -